```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 18482
   DARLENE SADIE WEBB
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-4347

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/09/2005 and was confirmed 07/06/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.78%.

     The case was paid in full 06/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSECURED OTH     558.61           .00          192.36
BAE CREDIT UNION          SECURED          3112.19        103.38         3112.19
BEST BUY                  SECURED           250.00          5.57          250.00
BEST BUY                  UNSECURED      NOT FILED           .00             .00
SAXON MORTGAGE            CURRENT MORTG  74884.24            .00        74884.24
SAXON MORTGAGE            MORTGAGE ARRE   6150.12            .00         6150.12
EDUCATION RESOURCES INST  UNSECURED           .00            .00             .00
AMERICAN EXPRESS TRAVEL   UNSECURED       23358.09           .00         8366.81
BLITT & GAINES            NOTICE ONLY    NOT FILED           .00             .00
BAE CREDIT UNION          UNSECURED        6095.25           .00         2183.31
BAE CREDIT UNION          UNSECURED OTH   2058.90           .00          737.50
RESURGENT ACQUISITION LL  UNSECURED OTH  19830.69           .00         7103.31
BENEFICIAL FINANCE        UNSECURED      NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED      NOT FILED           .00             .00
SMC                       UNSECURED OTH   1372.73           .00          491.71
CASH O RAMA               UNSECURED      NOT FILED           .00             .00
CASH STORE                UNSECURED      NOT FILED           .00             .00
CHECK N GO                FILED LATE      1515.00           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED OTH  11860.04           .00         4248.25
FIRST USA BANK            UNSECURED      NOT FILED           .00             .00
MARSHALL FIELDS           UNSECURED OTH    455.31           .00          150.48
MBNA AMERICA              UNSECURED      NOT FILED           .00             .00
MBNA AMERICA              UNSECURED      NOT FILED           .00             .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY    NOT FILED           .00             .00
SHORT TERM LOAN           UNSECURED OTH   1015.00           .00          363.57
COTTONWOOD FINANCIAL      UNSECURED OTH   1258.83           .00          450.90
WELLS FARGO BANK          UNSECURED      NOT FILED           .00             .00
COTTONWOOD FINANCIAL      UNSECURED OTH   1069.64           .00          368.32
ECAST SETTLEMENT CORP     UNSECURED OTH  22985.67           .00         8233.41
PETER FRANCIS GERACI      DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                       7,164.57
DEBTOR REFUND             REFUND                                       13,905.47

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 18482 DARLENE SADIE WEBB
```

```
     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                141,165.47

PRIORITY                                            .00
SECURED                                       84,396.55
    INTEREST                                     108.95
UNSECURED                                     32,889.93
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           7,164.57
DEBTOR REFUND                                 13,905.47
                       ---------------    ---------------
TOTALS                 141,165.47            141,165.47
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/25/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE